IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-1187-AP**

**In re: RICKY DONOVAN VAN VLEET**

**RICKY DONOVAN VAN VLEET,**

    Appellant,

v.

**TOM CONNOLLY, Chapter 11 Trustee, and**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS,**

    Appellee.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

  The Joint Motion of Debtor and Chapter 11 Trustee to Modify Briefing Schedule (doc. #13), filed July 2, 2008, is GRANTED. Appellant brief is due August 7, 2008; Appellee brief is due August 25, 2008; appellant reply brief is due September 5, 2008.

Dated: July 10, 2008