**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date: July 21, 2008　　　　　　　　　　　Deputy Clerk: Bernique Abiakam
　　　　　　　　　　　　　　　　　　　　　　Court Reporter: Terri Lindblom

---

Civil Action Nos.: 08-cv-01187-JLK and 08-cv-01188-AP

---

Civil Action No. 08-cv-1187-JLK

In re: RICKY DONOVAN VAN VLEET
RICKY DONOVAN VAN VLEET,

　　　Appellant,
v.
TOM CONNOLLY, CHAPTER 11 TRUSTEE, and
OFFICIAL COMMITTEE OF UNSECURED CREDITORS,

　　　Appellee.

---

Civil Action No. 08-cv-1188-AP

In re: RICKY DONOVAN VAN VLEET, d/b/a
FIRST FINANCIAL CENTRE, INC.

DOUGLAS BAILEY,

　　　Appellant,
v.
TOM CONNOLLY, CHAPTER 11 TRUSTEE,

　　　Appellee.

---

## COURTROOM MINUTES

**Motions Hearing**

**2:08 p.m.　　Court in session.**

Court calls case.

Preliminary remarks by the Court.

2:09 p.m.   Argument by Mr. Appel.

2:33 p.m.   Argument by Mr. Garber.

2:44 p.m.   Argument by Mr. Jessop.

2:56 p.m.   Further argument by Mr. Appel.

2:59 p.m.   Further argument by Mr. Garber.

**ORDERED:   Civil Action No.: 08-cv-1187-JLK; Debtor's Motion For Stay Pending Appeal Of Order And Judgment Holding Debtor In Contempt (Filed 6-20-08; Doc. No. 6) is taken UNDER ADVISEMENT.**

**ORDERED:   Civil Action No.: 08-cv-01188-AP; Appellant's Motion For Stay Pending Appeal (Filed 6-25-08; Doc. No. 9) is taken UNDER ADVISEMENT.**

**3:04 p.m.   Court in recess.**
Hearing concluded.
Time in court - 00:56