IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-1187-AP**

**In re: RICKY DONOVAN VAN VLEET**

**RICKY DONOVAN VAN VLEET,**

       Appellant,

v.

**TOM CONNOLLY, Chapter 11 Trustee, and**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS,**

       Appellee.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

    The Joint Motion of Debtor and Chapter 11 Trustee to Modify Briefing Schedule (doc. #20), filed August 1, 2008, is GRANTED. Appellant brief is due September 8, 2008; Appellee brief is due September 26, 2008; appellant reply brief is due October 6, 2008.

---

Dated: August 4, 2008