IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-1187-AP**

**In re: RICKY DONOVAN VAN VLEET**

**RICKY DONOVAN VAN VLEET,**

       Appellant,

v.

**TOM CONNOLLY, Chapter 11 Trustee, and**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS,**

       Appellee.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Unopposed Motion of Debtor and Chapter 11 Trustee to Further Modify Briefing Schedule (doc. #25), filed August 22, 2008, is GRANTED. Appellant brief is due October 8, 2008; appellee brief is due October 27, 2008; reply brief is due November 6, 2008.

Dated: August 25, 2008