IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-1187-AP**

**In re: RICKY DONOVAN VAN VLEET**

**RICKY DONOVAN VAN VLEET,**

        Appellant,

v.

**TOM CONNOLLY, Chapter 11 Trustee, and**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS,**

        Appellee.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Unopposed Motion of Debtor and Chapter 11 Trustee to Further Modify Briefing Schedule (doc. #28), filed September 23, 2008, is GRANTED. Appellant brief is due November 10, 2008; appellee brief is due December 1, 2008; reply brief is due December 11, 2008.

Dated: September 30, 2008