IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **08-cv-1187-AP**

**In re: RICKY DONOVAN VAN VLEET**

**RICKY DONOVAN VAN VLEET,**

>    Appellant,

v.

**TOM CONNOLLY, Chapter 11 Trustee, and
OFFICIAL COMMITTEE OF UNSECURED CREDITORS,**

>    Appellee.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

     The Unopposed Motion of Debtor and Chapter 11 Trustee to Further Modify Briefing Schedule (doc. #31), filed October 31, 2008, is GRANTED.   Appellant brief is due December 17, 2008; appellee brief is due January 7, 2009; reply brief is due January 17, 2009.

---

Dated:  November 6, 2008