IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-1187-AP**

**In re: RICKY DONOVAN VAN VLEET**

**RICKY DONOVAN VAN VLEET,**

       Appellant,

v.

**TOM CONNOLLY, Chapter 11 Trustee, and**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS,**

       Appellee.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Appellant's Unopposed Motion to Further Modify Briefing Schedule (doc. #37), filed December 12, 2008 is GRANTED. The briefing schedule for this appeal is modified as follows: Appellant Brief is due January 30, 2009; Appellee Brief is due February 20, 2008; Appellant Reply Brief is due March 6, 2009.

Dated: December 12, 2008