IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-1187-AP**

**In re: RICKY DONOVAN VAN VLEET**

**RICKY DONOVAN VAN VLEET,**

        Appellant,

v.

**TOM CONNOLLY, Chapter 11 Trustee, and**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS,**

        Appellees.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Second Unopposed Motion to Further Modify Briefing Schedule (doc. #49), filed January 29, 2009, is **GRANTED**. Appellant's Opening Brief is due February 20, 2009; Appellee's Response Brief is due March 16, 2009; Appellant's Reply Brief is due March 30, 2009.

Dated: January 30, 2009