IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **08-cv-1187-AP**

**In re: RICKY DONOVAN VAN VLEET**

**RICKY DONOVAN VAN VLEET,**

   Appellant,

v.

**TOM CONNOLLY, Chapter 11 Trustee, and**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS,**

   Appellees.

## ORDER

Kane, J.

  Upon consideration of the Unopposed Motion to Hold Appeal in Abeyance (doc. #57), filed April 6, 2009, it is

  ORDERED that the motion is GRANTED.  This case is STAYED for a period of 60 days from the date of this order.  The debtor shall file a status report regarding the status of settlement between the parties no later than May 8, 2009.

  Dated:  April 8, 2009

            BY THE COURT:

            S/**John L. Kane**
            John L. Kane, Senior Judge
            United States District Court