IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-01187-WYD

IN RE: RICKY DONOVAN VAN VLEET

RICKY DONOVAN VAN VLEET,

    Appellant,

v.

TOM H. CONNOLLY, Chapter 11 Trustee, and
OFFICIAL COMMITTEE OF UNSECURED CREDITORS,

    Appellees.

## ORDER

    The Court, having reviewed the Motion to Dismiss Appeal (docket #64) filed by Ricky Donovan Van Vleet, the case file, and otherwise being advised in the premises, finds that the motion should be granted.  Accordingly, it is

    ORDERED that the Motion to Dismiss Appeal (docket #64) is **GRANTED**.  Accordingly, the appeal is **DISMISSED WITH PREJUDICE** with all parties to pay their attorney fees and costs.  It is

    FURTHER ORDERED that the Motion to Substitute Party (docket #41) is **DENIED AS MOOT.**

Dated: July 20, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge